604

433 A.2d 560

Passon, Appellant v. Bailey and Kravitz.

Reargument Denied July 9, 1981.

Petition for Allowance of Appeal Denied Sept. 14, 1981.

Argued June 12, 1980. Morris Passon, for appellant, in propria persona; Edward Rubenstone, for Bailey, appellee; Ethel Kravitz, did not file a brief on behalf of appellee, in propria persona.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Order affirmed.

CAVANAUGH, J., concurred in the result.

433 A.2d 560

Passon, Appellant v. Spritzer et al.

Submitted June 13, 1980. Morris Passon, appellant, in propria persona; Joseph B. Erwin, for Spritzer et al., appellees; Mark E. Kogan, for Kravitz, appellee; Edward Stock, for Duncan, appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Order affirmed.

CAVANAUGH, J., concurred in the result.